United States Courts
Southern District of Texas
FILED

SEP - 5 2023  DJM

Nathan Ochsner, Clerk
Laredo Division

### UNITED STATES BANKRUPTCY COURT FOR THE
### SOUTHERN DISTRICT OF TEXAS LAREDO DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Liza Janette Pena, | ) | Bankruptcy: 23-50067 |
| | ) | Adv. Proc. No.: |
| Debtor. | ) | |
| | ) | Honorable David R Jones |
| Liza Janette Pena, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| EDUCATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN

1. The Debtor, Liza Janette Pena, brings this action, pro se, for the discharge of her federal student loan debt under the "undue hardship" provision set out in 11 U.S.C. §523(a)(8).

2. The Debtor filed this case under chapter 7 of the Bankruptcy Code on July 24, 2023. This Court thus has jurisdiction over this action under 28 U.S.C. §1334. This proceeding is a core proceeding. The Debtor consents to the entry of final orders of judgment by the Bankruptcy Court in this matter.

3. One of the unsecured debts owing by the Debtor and listed in Schedule E/F is a student loan owing to Defendant, the Department of Education. With accumulated interest, Defendant claims that the amount that was owed on the student loan when this case was filed was $105,405.

4. The Defendant, the Department of Education, is responsible for the overall operation of the guaranteed federal student loan program.

5.      This loan in the original amount, after consolidation, of $102,557 was incurred to pay tuition at North Central University, Walden University, Texas A&M International University, and McLennan Community College to obtain Debtor's Master's Degree in Public Administration and Doctoral Degree in Business.

6.      For the past 10 years, Debtor has had a tumultuous work history. She most recently started a failing staffing business for front-line healthcare workers in 2020. Before then, she worked as a part-time substitute teacher, an immigrant children case worker for 7 months, an establishment interviewer for 3 months, and a "Get out the Count" specialist for Community Action Census for 6 months. She is currently unemployed and has been unemployed since 2022, when she closed out her healthcare worker staffing business. None of the jobs Debtor has obtained have required a higher education degree. Rather, having a doctorate in business hurt the Debtor's chances of obtaining full-time employment more than it has helped. Despite her efforts, Debtor has received many job rejections for being overqualified due to her doctoral degree.

7.      Debtor suffers from pain in her knees and shoulders. She also struggles from depression. She continues to see a psychiatrist regularly and has weekly visits with her chiropractor. Debtor's chronic knee and shoulder pain limit her physically and she is prevented from lifting heavy objects or being on her feet for the majority of the workday.

8.      Debtor is currently unemployed and not earning any income. Given Debtor's basic minimum living expenses and her current monthly income, she is unable to substantially repay her student loan debt. She has been unsuccessful in the past in her attempts to obtain employment with a higher paying salary. She expects her medical expenses to increase in the future.

9.      The Debtor's long-term financial situation is unlikely to improve dramatically as she has never been able to obtain employment in her areas of study, and has been unsuccessful

obtaining employment in higher paying fields. She continues to suffer from chronic knee and shoulder pain. Debtor does not currently have any dependents but hopes to some day. She is unable to start any family planning due to her financial circumstances and the continued increase in cost-of-living.

10. The Debtor has demonstrated good faith with regard to repayment of the student loan debt. Her student loans have vacillated between forbearance and income driven repayment plans. She continually checks her student portal and maintains regular contact with the Department of Education. The Debtor has also made good faith efforts to obtain and maintain employment in addition to maximizing income and minimizing expenses. She also has been living with family to remove housing/rental expenses.

11. The Debtor has no current or anticipated available income or resources with which to pay the aforementioned loan and any payments on that loan could be made only at a great hardship to the Debtor. Excepting the loans from discharge would impose an undue hardship.

WHEREFORE, the Debtor prays that this Court enter an Order declaring the student loan debt of the Debtor to be dischargeable in this case.

Date: 8/30/2023

Respectfully filed,

*Liza Janette Pena*
Liza Janette Pena
Pro Se Plaintiff
203 S. Dakota
Laredo, TX 78041
janettelizapena@gmail.com